IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>99-20288-D</u> |
| ) | |
| GERALD RAYBORN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon agreement of both parties, and in order for the parties to resolve restitution issues, the judgment entered in this case on April 14, 2005, is hereby ORDERED withdrawn until further order of the court.

This the 25 day of April, 2005.

BERNICE B. DONALD
U.S. DISTRICT JUDGE

Approved by:

Frederick H. Godwin
Assistant U.S. Attorney

James R. Garts, Jr.
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 227 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT