**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 NOV 29  AM 8: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 99-20288-D |
| | ) | |
| GERALD RAYBORN | ) | |
| | ) | |
|    Defendant. | ) | |

---

### ORDER TO SURRENDER

---

     The defendant, Gerald Rayborn, having been sentenced in the above case to the custody of the

Bureau of Prisons and having been granted leave by the Court to report to the designated facility,

**IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Memphis**

**SCP, 1100 John A. Denie Rd., Memphis, Tennessee 38134**  by  **2:00 p.m.** on **MONDAY,**

**DECEMBER 19, 2005.**

     **IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall

report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242,

Memphis, Tennessee  38103 to acknowledge by signature receipt of a copy of this Order and that the

defendant will report as ordered to the facility named above.

     **ENTERED** this the 28 day of November, 2005.

**BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-29-05



231

## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed and acknowledged before me on** _____

_____          _____
**Clerk/Deputy Clerk**                              **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 231 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT