IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | NO. 99-20288-01-D |
| | * | |
| GERALD RAYBORN, | * | |
| DEFENDANT, | * | |

## ORDER OF SUBSTITUTION OF COUNSEL

UPON, motion of the Defendant Gerald Rayborn to substitute his present counsel of record and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. Defendant's present counsel of record attorney James R. Garts Jr., James D. Wilson and Ruby Wharton are granted leave to withdraw as counsel of record in this cause and attorney K. Jayaraman is granted leave to enter appearance as counsel of record for the Defendant for all further proceedings in this cause.

IT IS SO ORDERED on this 9th day of December, 2005.

HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 240 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT