IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 12-8-2005
TIME: 3:08 PM
INITIALS: T.H.

| UNITED STATES OF AMERICA, PLAINTIFF, | |
|---|---|
| vs. | NO. 99-20288-01-D |
| GERALD RAYBORN, DEFENDANT, | |

## ORDER SETTING ASIDE ORDER TO SURRENDER

**UPON,** motion of the Defendant Gerald Rayborn to set aside the order to surrender entered in this cause on November 28, 2005 ordering the Defendant to surrender to the Bureau of Prisons by reporting to the FCI Memphis, SCP, 1100 John A Denie Road, Memphis, Tennessee at 2 p.m on Monday December 19, 2005 and it appearing to the Court that the judgement in this cause entered on 04/14/2005 has been vacated pursuant to this Court's order on 04/25/2005 and that the Defendant has been resentenced on December 8, 2005 and from the entire record in this cause the Court hereby finds that the said motion is well taken and shall be granted. The foregoing order to surrender is hereby set aside and the Defendant will be required to report to the Bureau of Prisons upon entry of a new order to surrender to be entered upon the entry of a new amended judgment in this cause.

**IT IS SO ORDERED** on this 8th day of December, 2005.

HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 241 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT