IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 12-8-2005
TIME: 3:08 PM
INITIALS: J.H.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | NO. 99-20288-01-D |
| | * | |
| GERALD RAYBORN, | * | |
| DEFENDANT, | * | |

### ORDER ON TIME OF FILING OF NOTICE OF APPEAL

IT APPEARING to the Court that the judgment in this cause entered on 04/14/2005 has been vacated pursuant to this Court's order on 04/25/2005 and that the Defendant has been resentenced on December 8, 2005 the Court hereby finds that the Defendant's time to file Notice of Appeal pursuant to Federal Rules of Appellate Procedure Rule 4 (b) (1) (A) to appeal his conviction and sentence shall only commence from December 8, 2005and he shall have the normal time allowed under the said Rules of Appellate Procedure to file notice of appeal appealing the final judgment in this cause from the date of this order.

IT IS SO ORDERED, ADJUDGED AND DECREED on this 8th day of December, 2005.

HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 242 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Marcus D. Ward
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT