IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | * * * * | |
| vs. | * * | NO. 99-20288-01-D |
| GERALD RAYBORN, DEFENDANT, | * * * | |

## ORDER OF SUBSTITUTION OF COUNSEL

**UPON**, motion of the Defendant Gerald Rayborn to substitute his present counsel of record and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. Defendant's present counsel of record attorney James R. Garts Jr., and James D. Wilson are granted leave to withdraw as counsel of record in this cause and attorney K. Jayaraman is granted leave to enter appearance as counsel of record for the Defendant for all further proceedings in this cause.

**IT IS SO ORDERED** on this _12_ day of _December_, 2005. *Nunc pro tunc*

_____
HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE

**APPROVED FOR ENTRY:**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-19-05_

246

_James Garts Jr. / By Permission_
**JAMES R GARTS JR., ESQ.**
**2700 ONE COMMERCE SQUARE**
**MEMPHIS, TN 38103**

_James Wilson / By Permission_
**JAMES D. WILSON**
**2700 ONE COMMERCE SQUARE**
**MEMPHIS, TN 38103**

**K. JAYARAMAN, ESQ.**
**147 JEFFERSON AVE., SUITE 804**
**MEMPHIS, TN 38103**
**901-522-8242**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 246 in case 2:99-CR-20288 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT