IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 30 PM 1:09
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| PLAINTIFF, | * | |
| | * | |
| vs. | * | NO. 99-20288-01-D |
| | * | |
| GERALD RAYBORN, | * | |
| DEFENDANT, | * | |

## ORDER GRANTING BAIL PENDING DISPOSITION OF APPEAL

UPON motion of the Defendant and for good cause shown the Court hereby finds the Defendant shall be granted bail pending disposition of his appeal in this cause and shall be allowed to continue on his present bond until the disposition of appeal.

IT IS SO ORDERED, ADJUDGED AND DECREED on this 30th day of December, 2005.

HONORABLE BERNICE B. DONALD
U.S. DISTRICT JUDGE